JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:17-cv-121-JVS-KES |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)(2)   [51] |
| v. | |
| ONE 2013 MONACO KNIGHT RECREATIONAL VEHICLE AND $801,420.30 IN FUNDS FROM SUMMIT BROKERAGE SERVICE INC., ACCOUNT NO. XXX-XXX7722, | |
| Defendants. | |
| DAVID LEE PELTON, | |
| Claimant. | |

Pursuant to the stipulation and request of Plaintiff United States of America ("the government") and claimant David Lee Pelton ("Claimant"), and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The instant action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

2.   The government shall return the defendant $801,420.30 in Funds From Summit Brokerage Service Inc., Account No. XXX-XXX7722 (the "defendant currency"), together with all interest earned by the government on the defendant currency to Claimant by electronic transfer directly into the client trust account of Summa LLP (i.e., the attorneys of record for Claimant in this case).  Claimant (through his attorneys of record) shall provide all information and complete all documents requested by the government in order for the government to complete the transfer including, without limitation, providing Claimant's social security and taxpayer identification numbers (if any), and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the client trust account to which the transfer is to be made.

3.   The government shall return the defendant One 2013 Monaco Knight Recreational Vehicle (the "defendant vehicle") to Claimant by making the defendant vehicle available for pick-up by Claimant within thirty (30) days after this Order is filed.  In order to arrange for the pick-up, Claimant may be contacted care of his attorney Megan A. Maitia, Summa LLP, 1010 Sycamore Avenue Unit 117, South Pasadena, California 91030, Telephone (213) 260-9452, email: megan@summallp.com.  Should Claimant fail to pick up the defendant vehicle within sixty (60) days after the government makes the defendant vehicle available for pick-up by Clamant, then the defendant vehicle shall be condemned and forfeited to the government, which shall dispose of the defendant vehicle in accordance with law.

4.   Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including,

without limitation, all agents, officers, employees and representatives of the United States Secret Service and its agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. There was reasonable cause for the seizure of the defendants and the institution of this action, and the order dismissing this action shall constitute a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. The parties shall bear their own costs and attorney fees, whether pursuant to 28 U.S.C. § 2465 or otherwise.

Dated: June 17, 2024

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE